**In re Petition of Patricia A. HUGHES.**

**In re Petition of Harry P. JANNOTTI.**

Supreme Court of Pennsylvania.

May 18, 1987.

Mark Jurikson, Philadelphia, for petitioner.
John W. Morris, Philadelphia, for respondent.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 18th day of May, 1987, the Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is affirmed. Opinions to follow.

The stay entered on May 12, 1987, by this Court is hereby dissolved.

LARSEN and ZAPPALA, JJ., dissent.